UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-13804-RGS

MICHELLE HEALY,
Plaintiff

v.

FRANK BISIGNANO,
Commissioner of Social Security,
Defendant

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

October 21, 2026

STEARNS, D.J.

I agree with Magistrate Judge Kelley's Recommendation after a careful review of her thorough opinion, as well as the briefing of the parties. While I recognize that this case presents complexities that are not typical of the ordinary Social Security Appeal, the opinion of the Magistrate Judge brings to bear an unparalleled experience seasoned by compassionate insight with appropriate deference to the decision of the Administrative Law Judge. As I cannot improve on her conclusions or the clarity of her explanation, I will ADOPT her Recommendations without change. The Clerk will enter judgment as set out by the Magistrate Judge at page 29 of her opinion and

REMAND the case to the Commissioner for further proceedings consistent with her Report.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE